```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                      Criminal No. 09-cr-16-04-JD

<u>Julia Tetreault</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 31) filed by defendant Tetreault is granted in part; continuance is limited to 45 days.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          */s/Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: March 13, 2009

cc: Richard Monteith, Jr., Esq.
    Jeffrey Levin, Esq.
    Mark Howard, Esq.
    Joseph Caulfield, Esq.
    Mark Zuckerman, Esq.
    U.S. Marshal
    U.S. Probation