UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-16-04-JD

<u>Julia Tetreault</u>

<u>O R D E R</u>

    The assented to motion to continue jury trial (document no. 38) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                           */s/ Joseph A. DiClerico, Jr.*
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

Date:  April 14, 2009

cc:  Mark Zuckerman, Esq.
     Harry Batchelder, Jr., Esq.
     Richard Monteith, Jr., Esq.
     Jeffrey Levin, Esq.
     Mark Howard, Esq.
     U.S. Marshal
     U.S. Probation