UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 09-cr-16-04-JD

<u>Julia Tetreault</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 48) filed by defendant is granted.  Trial is continued to the two-week period beginning July 21, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  June 1, 2009

cc:  Harry C. Batchelder, Jr., Esq.
     Mark S. Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation