UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Criminal No. 09-cr-16-04-JD

<u>Julia Tetreault</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 65) filed by defendant is granted.  The continuance is limited to 60 days.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  September 1, 2009

cc:  Harry Batchelder, Jr., Esq.
     Mark Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation