UNITED STATES DISTRICT COURT FOR THE
                           DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

            v.                        Criminal No. 09-cr-16-04-JD

<u>Julia Tetreault</u>


                                <u>O R D E R</u>


    The joint assented to motion to reschedule jury trial (document no. 68) is granted; trial is rescheduled to the two-week period beginning January 20, 2010.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                    <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date: November 2, 2009



cc:  Harry Batchelder, Jr., Esq.
     Mark Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation